**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02470-CMA-MEH

GEMMA IVY,

    Plaintiff,

v.

PIKES PEAK BEHAVIOR HEALTH GROUP,
    and its subsidiary
PIKES PEAK INTEGRATED SOLUTIONS,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. # 8). The Court having considered the Stipulation For Dismissal, and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees related to this action.

DATED: February __10__, 2010

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge